UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KATHY WILLIAMS, as next Friend
of NICHOLAS WILLIAMS, a minor,
and GREG WILLIAMS,

       Plaintiffs,                       Civil Action No. 12-15387

       v.                               Hon. George Caram Steeh

DR. DANIELLE DANIELS,
DR. RANDY LIEPA, and the LIVONIA
PUBLIC SCHOOL DISTRICT

       Defendants.
_____/

## ORDER STAYING DISCOVERY AND RESCHEDULING RULE 16 CONFERENCE

The Court met with counsel for the parties this date and was advised that all parties were agreeable to participating in the mediation process established by state law for local educational agencies. In order to mitigate the costs of litigation for the parties,

IT IS THEREFORE ORDERED that discovery in this matter be stayed pending the outcome of mediation and the Rule 16 conference be rescheduled for May 1, 2013 at 2:30 p.m.

SO ORDERED.

Dated: January 31, 2013

                                            s/George Caram Steeh
                                            GEORGE CARAM STEEH
                                            UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
January 31, 2013, by electronic and/or ordinary mail.

s/Barbara Radke
Deputy Clerk